**Michael E. Gans**
 *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 08, 2012

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

  RE:  12-3664  In Re: David Stebbins

Dear Sir:

This will acknowledge receipt of a petition for a writ. Your petition has been assigned the number shown above. Also filed is your motion for leave to proceed in forma pauperis.  Your motion will be forwarded to the court for consideration.  We will notify you of the court's decision once it has been filed.

Under the provisions of 28 U.S.C. Section 1915(b) governing prisoner litigation, prisoners filing a civil action must pay the full filing and docketing fees. Leave to proceed in forma pauperis does not relieve a prisoner of the responsibility to pay the fee; leave to proceed in forma pauperis merely allows a prisoner to pay the fees on an installment basis. *See Henderson v. Norris,* 129 F.3d 481 (8th Cir. 1997) and *In re: Tyler,* 110 F.3d 528 (8th Cir. 1997). If you wish to pay the fees in installments, you must submit a motion for permission to proceed in forma pauperis, together with an affidavit of poverty and a certified copy of your prison account statement for the last six months. Please see Form 4 of the Federal Rules of Appellate Procedure for a copy of the required affidavit. The motion and other materials should be submitted to this office.

Please note that if you have had three or more district court or appellate court cases dismissed as frivolous or malicious or for failure to state a claim, you are ineligible to pay the fee on an installment basis and will have to pay the full fee immediately.

You are responsible for the docketing fee regardless of the outcome of the case.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register

with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

                          Michael E. Gans
                          Clerk of Court

JMH

Enclosures

cc:    Mr. Christopher R. Johnson
       Honorable James R. Marschewski

        District Court Case Numbers: 3:12-cv-03130-PKH & 3:12-cv-03131-PKH

**Caption For Case Number: 12-3664**

In re: David Anthony Stebbins

        Petitioner

**Addresses For Case Participants:   12-3664**

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

Honorable James R. Marschewski
P.O. Box 1525
Fort Smith, AR  72920-1525