12-3664  In Re: David Stebbins

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 11/08/2012

**Case Name:**   In Re: David Stebbins
**Case Number:**  12-3664

**Docket Text:**
PETITION for Writ of Mandamus (Rec'd by FAX) filed by Petitioner Mr. David Anthony Stebbins [3973157] [12-3664]

**The following document(s) are associated with this transaction:**
Document Description:  Petition

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Christopher R. Johnson:
Honorable James R. Marschewski: James_Marschewski@arwd.uscourts.gov